EATON'S BROOK ASSOCIATION ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (2163)

HULL, BORDEN and SPALLONE, Js.

Argued February 8—decision released April 9, 1985

*Linda P. Francois,* for the appellants (plaintiffs).

*Hugh I. Manke,* for the appellee (named defendant).

*Salvatore L. Diglio,* for the appellees (defendant Neil A. Velleca et al.).

PER CURIAM. We have carefully considered the claims of error raised by the plaintiffs and have found them to be without merit.[1]

There is no error.

---

[1] This zoning appeal was originally filed in the Appellate Session of the Superior Court. General Statutes § 51-197a (c). At that time, litigants in zoning cases could appeal as of right to that court. Public Acts 1981, No. 81-416, § 3. Such appeals are now subject to a grant of certification by this court. General Statutes § 8-8.